FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**DEC - 5 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                              DEPUTY

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CURTIS DEONDRE CALLUM, <br><br> Defendant. | Case No. CR95-00781 R <br><br> ORDER OF DETENTION <br><br> [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Manuel L. Real, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).   This finding is based upon the defendant's submission to the Government's request for detention without proffering any evidence to refute the statutory presumption, as well as the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1    B.    (X)    The defendant has not met his burden of establishing by clear and convincing
2                    evidence that he is not likely to pose a danger to the safety of any other person
3                    or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding
4                    is based upon the defendant's submission to the Government's request for
5                    detention without proffering any evidence to refute the statutory presumption,
6                    as well as the nature of the charged offense and defendant's criminal history.

7

8        IT THEREFORE IS ORDERED that the defendant be detained pending the further
9 revocation proceedings.

10

11

12 Dated: December 5, 2012

13                                    /s/   Arthur Nakazato
                                         ARTHUR NAKAZATO

14                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28